IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-285-BO

| | |
|---|---|
| ELAINE G. KIRK, as Administratrix of the Estate of CHARLES F. KIRK, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>SSC GOLDSBORO OPERATING COMPANY, LLC d/b/a BRIAN CENTER HEALTH & REHABILITATION/GOLDSBORO; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE CONSULTING, LLC; and JEFFREY P. NUNN,<br><br>Defendants. | ORDER |

This cause comes before the Court on motions to dismiss filed by SavaSeniorCare, LLC, SSC Equity Holdings, LLC, and John Strawcutter, as well as a motion for joinder filed by John Strawcutter. [DE 16, 18, 20, 21]. Since the motions were filed, the parties have stipulated to the dismissal, without prejudice, of SavaSeniorCare, LLC and SSC Equity Holdings, LLC. [DE 34]. As such, the motions to dismiss filed by SavaSeniorCare, LLC and SSC Equity Holdings, LLC [DE 16, 18] are DENIED AS MOOT. Additionally, the Court has permitted the substitution of Jeffrey P. Nunn in place of John Strawcutter, and Mr. Strawcutter is no longer a party to this suit. [DE 37]. As such, Mr. Strawcutter's motions [DE 20, 21] are also DENIED AS MOOT.

SO ORDERED, this __ day of August, 2019.

_Terrence Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE